NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

ATTORNEY(S) FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF SAN BERNARDINO; and<br>DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>5:23-cv-2236<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs Gale Sostek and Herb Sostek, or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification  or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Gale Sostek | Plaintiff |
| Herb Sostek | Plaintiff |
| County of San Bernardino | Defendant |
| DOES 1-10, inclusive | Defendant |

| | |
|---|---|
| _____10/30/23_____ | _____s/ Dale K. Galipo_____ |
| Date | Signature |
| | Attorney of record for (or name of party appearing in prop per): |
| | GALE SOSTEK; and HERB SOSTEK_____ |