LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo SBN 144074
Eric Valenzuela SBN 284500
21800 Burbank Blvd. Ste 310
Woodland Hills, CA 91367
Representing: Plaintiff

File No. 9876020

UNITED STATES DISTRICT COURT

Central District of California - District - Los Angeles - First Street

| | |
|---|---|
| GALE SOSTEK, et al | ) |
| Plaintiff/Petitioner | ) |
| vs. | ) |
| County of San Bernardino, et al | ) |
| Defendant/Respondent | ) |
| | ) |
| | ) |
| | ) |

Case No. 5:23-cv-2236-SPG-MRW

Proof of Service of:
Complaint, Civil Case Cover Sheet, Summons, Notice of Assignment, Notice of Interested Parties, Alternative Dispute Resolution Information Package, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Standing Order

Service on:
County of San Bernardino

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 21570701

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo SBN 144074<br>Eric Valenzuela SBN 284500<br>21800 Burbank Blvd. Ste 310<br>Woodland Hills, CA 91367<br>  TELEPHONE NO:  (818)    FAX NO *(Optional)*:<br>      3473333<br>E-MAIL ADDRESS *(Optional)*:   kslyapich@galipolaw.com<br>  ATTORNEY FOR *(Name)*:   Plaintiff | |

| *Ref. No. or File No.:*   9876020<br>(21570701) |
|---|

| **Insert name of Court, and Judicial District and Branch Court** | |
|---|---|
| Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, 90012 | |

| PLAINTIFF:<br>GALE SOSTEK, et al |
|---|
| DEFENDANT:<br>County of San Bernardino, et al |

| **PROOF OF SERVICE** | CASE NUMBER:<br>5:23-cv-2236-SPG-MRW |
|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Case Cover Sheet, Summons, Notice of Assignment, Notice of Interested Parties, Alternative Dispute Resolution Information Package, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Standing Order

2. Party Served:                   County of San Bernardino

3. Person Served:                  County Clerk - Jessica Ruiz - Deputy Clerk - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:        November 8, 2023 at 11:45 am PST

5. Address, City and State:        385 N Arrowhead Ave 2nd Floor San Bernardino, CA, 92415

6. Manner of Service:              Personal Service - By personally delivering copies.

Fee for service: $76.50

Registered California process server.
Obed Garcia
County: San Bernardino
Registration No.: Reg No. 1857

InfoTrack USA - P000618
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Obed Garcia

Date: November 13, 2023

---

**PROOF OF SERVICE**

Page 1 of 1
Order #21570701