| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Christopher P. Wesierski, Esq. [Bar No. 086736]<br>Michelle R. Prescott, Esq. [Bar No. 262638]<br>WESIERSKI & ZUREK LLP<br>29 Orchard Road, Lake Forest, CA 92630<br><br>ATTORNEY(S) FOR: Defendant, County of San Bernardino | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK<br><br>Plaintiff(s),<br>v.<br>COUNTY OF SAN BERNARDINO<br><br>Defendant(s) | CASE NUMBER:<br><br>5:23-cv-02236-SPG (MRW)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendant, County of San Bernardino_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| GALE SOSTEK | Plaintiff |
| HERB SOSTEK | Plaintiff |
| County of San Bernardino | Defendant |

| | |
|---|---|
| November 29, 2023 | /s/MICHELLE R. PRESCOTT |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Michelle R. Prescott