# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 23-2236 SPG (MRWx) | Date | January 19, 2024 |
|---|---|---|---|
| Title | Sostek v. County of San Bernardino | | |

| Present: | Hon. Michael R. Wilner, United States Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**    ORDER RE: PROTECTIVE ORDER

The parties submitted a stipulation for a proposed protective order regarding discovery in this civil action.  (Docket # 24.)  The Court accepts the stipulation and ENTERS the proposed order.

In the future, the parties are directed to comply with the procedures under the Local Rules of Court that require (a) lodging a separate proposed order and (b) submitting the requested order to chambers in Word format.