FILED
CLERK, U.S. DISTRICT COURT

February 23, 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Cathino DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar )<br>)<br>of )<br>)<br>Judge MÓNICA RAMÍREZ ALMADANI )<br>————————————————————— ) | ORDER OF THE CHIEF JUDGE<br>**24-027** |

   Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Mónica Ramírez Almadani,

   IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Sherilyn Peace Garnett to the calendar of Judge Mónica Ramírez Almadani:

| | |
|---|---|
| 2:22-cv-06217-SPG-AGRx | Beverly Hills Regional Center v. Aetna Life Insurance Co. et al. |
| 2:22-cv-06338-SPG-MAAx | Mario A. Miramontes v. Ford Motor Company |
| 2:23-cv-01572-SPG-PDx | Karen Khachatryan et al. v. Fair Collections and Outsourcing, Inc. et al. |
| 2:23-cv-04750-SPG-ASx | Jeremy Rudnick v. Amazon.com Services LLC et al. |
| 2:23-cv-06397-SPG-PVCx | Julie Gonzalez v. Nursing Corps, Inc. et al. |
| 2:23-cv-07468-SPG-AGRx | Dennis Scourm v. Walmart, Inc. et al. |
| 2:23-cv-09153-SPG-MAAx | Gayane Sanamyan v. Hyundai Motor America et al. |
| 2:23-cv-09939-SPG-SP | Christone Faustino v. Correctional Officer Cuartero et al. |
| 2:23-cv-10543-SPG-MARx | Aaron Johnson et al. v. Ford Motor Company |
| 2:23-cv-10744-SPG-BFMx | United African-Asian Abilities Club et a.l v. Dri Torrance, LLC et al. |
| 2:24-cv-00696-SPG-PD | Janet Farzan v. Bruce McMahon et al. |
| 5:23-cv-00302-SPG-SPx | The Trustee of the Carlos C. Reis Living Trust |

In the Matter of the
Creation of Calendar for
District Judge Mónica Ramírez Almadani                                    2

---

|                       | v. Ruin My Life, Inc. et al.                        |
| 5:23-cv-00876-SPG-kkx | Susie Beiersdorf v. United Van Lines, LLC et al. |
| 5:23-cv-02236-SPG-MRWx | Gale Sostek et al. v. County of San Bernardino et al. |

On all documents subsequently filed in the case, please substitute the Judge initials MRA after the case number in place of the initials of the prior Judge.

DATED: February 23, 2024

_____
Chief Judge Philip S. Gutierrez