1  Dale K. Galipo (Bar No. 144074)
   dalekgalipo@yahoo.com
2  Eric Valenzuela (Bar No. 284500)
   evalenzuela@galipolaw.com
3  **LAW OFFICES OF DALE K. GALIPO**
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California 91367
   Telephone: (818) 347-3333
5  Facsimile: (818) 347-4118

6  *Attorneys for Plaintiffs*

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12 GALE SOSTEK; and HERB SOSTEK, et al.,  **CASE NO.5:23-cv-2236 MRA (MRWx)**
                                          *District Judge Monica Ramirez Almadani*
13
                    Plaintiff,
14                                        **JOINT STIPULATION GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**
15        vs.
                                          [Proposed] Order *filed concurrently herewith*
16 COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,, et al.,
17
18                  Defendant.

19

20

21

22    IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs and

23 Defendants, through their respective attorneys of record, as follows:

24    Since Plaintiffs filed their initial Complaint in this action, Plaintiffs have

25 discovered the names of additional parties and have informed Defendants that they

26 intend to seek leave of Court to file a First Amended Complaint replacing Doe

27 Defendant 1 with the name of Samuel Fuller.  Defendants stipulate that leave to

28 amend the Complaint to include as a named defendants Samuel Fuller, be granted.

Based upon the foregoing, the parties apply for and stipulate to an order permitting Plaintiff to file a First Amended Complaint.

DATED:  March 5. 2024          LAW OFFICES OF DALE K. GALIPO

                                           By: /s/ Eric Valenzuela
                                                Eric Valenzuela
                                                Attorneys for Plaintiffs

DATED:  March 4. 2024          WESIERSKI & ZUREK LLP

                                           By    /s/Michelle R. Prescott
                                                Michelle R. Prescott
                                                Attorneys for Defendant COUNTY OF
                                                SAN BERNADINO