# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK, et al., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,, et al., <br><br> Defendant. | **CASE NO.5:23-cv-2236 MRA (MRWx)** <br> *District Judge Monica Ramirez Almadani* <br><br><br> **ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Joint Stipulation in Case No. 5:23-cv-2236 SPG (MRWx) is **GRANTED** and the Plaintiffs are granted leave to file a First Amended Complaint. The County of San Bernardino's responsive pleading to the First Amended Complaint shall be due within 21 days of service of the First Amended Complaint. Defendant Samuel Fuller's responsive pleading to the First Amended Complaint shall be due within 21 days of service of the Summons and First Amended Complaint.

**IT IS SO ORDERED.**

DATED: March 7, 2024

_____
Honorable Mónica Ramírez Almadani
United States District Judge