UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  ED-CV23-02236-MRA (MRWx)  Date: 2/28/2024

Title  Gale Sostek et al v County of San Bernardino et al

Present: The Honorable:  Michael R. Wilner, United States Magistrate Judge

| Eddie Ramirez | CS 2/28/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric Valenzuela | Michelle R. Prescott |

**Proceedings:** STATUS CONFERENCE RE: SETTLEMENT - 23 (VIDEO)

Case called. Counsel made their appearance.

Judge Wilner will hold an informal video conference with the attorneys for each side on June 4, 2024, at 10:00 a.m. If the parties are not available on that day and time, please consult with each other and jointly email Judge Wilner's chambers (MRW_Chambers@cacd.uscourts.gov) with several proposed alternatives. The Clerk will separately send the parties a link to access the video in advance of the meeting.

00:30
ER