# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-02236-MRA (MRWx)<br><br>**[PROPOSED] ORDER ON MOTION TO STAY**<br><br>Trial Date:        January 28, 2025 |

On August 1, 2024, Defendants County of San Bernardino and Samuel Fuller's Motion to Stay Proceedings came on for hearing. Having reviewed the motion and exhibits, the opposition and reply, and after oral arguments, makes the following order:

ORDER:

The matter of *Gale Sostek et al. v. County of San Bernardino et al.* Case No. 5:23-cv-02236-MRA (MRWx) shall be stayed until _____.

DATED: April ___, 2024

_____
Honorable Monica Ramirez Almadani, Judge of the United States District Court – Central District of California