# EXHIBIT "A"

I2092683-1 PERS-0662

## Michelle R. Prescott

| | |
|---|---|
| **From:** | evalenzuela@galipolaw.com |
| **Sent:** | Friday, March 15, 2024 8:16 AM |
| **To:** | Michelle R. Prescott |
| **Cc:** | Leslie S. Sotelo; Dale K. Galipo; Christopher Wesierski; Debbie Cooper; Sierra Frazier |
| **Subject:** | RE: Sostek v County of San Bernardino |

**\*\*CAUTION: This email originated from outside of the organization.\*\***

Plaintiffs will not stipulate to a stay. Maybe we add some language about this potential dispute.

**From:** Michelle R. Prescott <mprescott@WZLLP.COM>
**Sent:** Thursday, March 14, 2024 7:21 PM
**To:** evalenzuela@galipolaw.com
**Cc:** Leslie S. Sotelo <LSotelo@wzllp.com>; Dale K. Galipo <dalekgalipo@yahoo.com>; Christopher Wesierski <CWesierski@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Sierra Frazier <SFrazier@wzllp.com>
**Subject:** RE: Sostek v County of San Bernardino

Eric
Will plaintiff's stipulate to stay the proceedings based on the Cal. DOJ on going investigation of Deputy Fuller? I am putting that section into the Joint Case Management Report.


Michelle R. Prescott
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email mprescott@wzllp.com



Follow us on:
Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.


**From:** Michelle R. Prescott
**Sent:** Wednesday, March 13, 2024 5:37 PM
**To:** evalenzuela@galipolaw.com
**Cc:** Leslie S. Sotelo <LSotelo@wzllp.com>; Dale K. Galipo <dalekgalipo@yahoo.com>; Christopher Wesierski <CWesierski@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Sierra Frazier <SFrazier@wzllp.com>
**Subject:** RE: Sostek v County of San Bernardino

1

Eric
We need to file a joint case management statement by Friday. Are you going to prepare a draft? I thought we discussed this but I may be mistaken.


Michelle R. Prescott
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email mprescott@wzllp.com



Follow us on:
Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.


**From:** evalenzuela@galipolaw.com <evalenzuela@galipolaw.com>
**Sent:** Monday, March 4, 2024 12:11 PM
**To:** Michelle R. Prescott <mprescott@WZLLP.COM>
**Cc:** Leslie S. Sotelo <LSotelo@wzllp.com>; Dale K. Galipo <dalekgalipo@yahoo.com>; Christopher Wesierski <CWesierski@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Chelsea Anderson <CAnderson@WZLLP.COM>
**Subject:** RE: Sostek v County of San Bernardino


**\*\*CAUTION: This email originated from outside of the organization.\*\***


Ok sounds good with those changes can I go ahead and file? The County can also have 21 days to respond if you would like I am fine with that.

**From:** Michelle R. Prescott <mprescott@WZLLP.COM>
**Sent:** Monday, March 4, 2024 10:30 AM
**To:** evalenzuela@galipolaw.com
**Cc:** Leslie S. Sotelo <LSotelo@wzllp.com>; Dale K. Galipo <dalekgalipo@yahoo.com>; Christopher Wesierski <CWesierski@WZLLP.COM>; Debbie Cooper <dcooper@wzllp.com>; Chelsea Anderson <CAnderson@WZLLP.COM>
**Subject:** RE: Sostek v County of San Bernardino

Hi Eric,
I think we need to change it. I cannot accept service for Deputy Fuller and do not know if our office will represent him. He will need to be served with a summons and complaint. I believe the County will only have 14 days to file the responsive pleading. I took the part about when the responsive pleading was due off the stipulation. I modified the order regarding when the responsive pleading is due.

I have not addressed the issue the DOJ investigation and possible stay in the stipulation since we can raise it in the status report.