# EXHIBIT 1

 **Subscribe to Our Newsletter**   Enter your email...   Subscribe



# ROB BONTA
*Attorney General*

# Current Cases

**Current Cases Under Review by the California Department of Justice**

Pursuant to California Assembly Bill 1506 (AB 1506), the California Department of Justice is required to investigate all incidents of an officer-involved shooting resulting in the death of an unarmed civilian in the state. The California Department of Justice will investigate and review for potential criminal liability all such incidents.

All cases currently being handled by the California Department of Justice under AB 1506 will be listed here as soon as possible. During the immediate aftermath of a critical incident, the initial point of contact will typically be the local responding agency.

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-LA2024-00022 | **Date:** 03/26/2024<br>**Decedent:** Scott William Thompson<br>**Agency:** Fullerton Police Dept.<br>**Location:** 141 W. Bastanchury Road, Fullerton | Under Investigation |
| BI-LA2024-00009 | **Date:** 02/03/2024<br>**Agency:** Los Angeles Police Dept.<br>**Location:** 801 East 7th Street, Los Angeles<br>**Involved Officer:** Caleb Garcia-Alamilla | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-DU2023-00015 | **Date:** 12/25/2023<br>**Decedent:** Nicholas Detweiler<br>**Agency:** Mt. Shasta PD<br>**Location:** Intersection of Pine and Lake, in the city of Mt. Shasta, on train tracks.<br>**Involved Officer:** Jeremiah Capurro | Under Investigation |
| BI-RI2023-00057 | **Date:** 11/19/2023<br>**Decedent:** Jesse Dominguez<br>**Agency:** California Highway Patrol<br>**Location:** I-105/Wilmington Exit, Lynwood, Los Angeles County<br>**Involved Officer:** Lucas Ritter | Under Investigation |
| BI-RI2023-00017 | **Date:** 11/11/2023<br>**Decedent:** Jaime Valdez<br>**Agency:** Fontana Police Department<br>**Location:** 7197 Big Sur Street, Fontana, San Bernardino County<br>**Involved Officer:** Alex Yanez | Under Investigation |
| BI-LA2023-00053 | **Date:** 10/29/2023<br>**Decedent:** Abigail Crystal Lopez<br>**Agency:** Anaheim Police Department<br>**Location:** Anaheim Boulevard & Ball Road, Anaheim | Under Investigation |
| BI-SF2023-00013 | **Date:** 09/17/2023<br>**Agency:** California Highway Patrol<br>**Location:** Humboldt County in the City of Hoopa | Under Investigation |
| BI-SA2023-00068 | **Date:** 09/11/2023<br>**Agency:** Stockton Police Department<br>**Location:** Intersection of N Pershing Ave & W Fremont St Stockton, CA 95203<br>**Involved Officer:** Marcos Alonzo | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-RI2023-00011 | **Date:** 08/31/2023<br>**Decedent:** Elizandro Vargas<br>**Agency:** El Centro Police Dept.<br>**Location:** 1900 Block of Ocotillo Drive, El Centro<br>**Involved Officer:** Adrian Hirales | Under Investigation |
| BI-SF2023-00012 | **Date:** 08/18/2023<br>**Decedent:** Tahmon Wilson<br>**Agency:** Martinez Police Department<br>**Location:** 4808 Sunrise Drive, Martinez, CA<br>**Involved Officer:** Cole Bennett, Alexander Tirona, Marc Kahue, Raul Ceja-Mendez | Under Investigation |
| BI-SA2023-00048 | **Date:** 07/03/2023<br>**Agency:** California Highway Patrol and Alameda County Sheriff's Office<br>**Location:** 1600 Block 163rd Avenue at Liberty Street, Ashland, Alameda County | Under Investigation |
| BI-LA2023-00020 | **Date:** 05/27/2023<br>**Agency:** Burbank Police Department<br>**Location:** 1200 S. Flower Street, Burbank<br>**Involved Officer:** Peter Choi, Jose Placencia, Geovanni Fabian | Under Investigation |
| BI-LA2023-00018 | **Date:** 04/28/2023<br>**Decedent:** Michael Owens<br>**Agency:** Oxnard Police Department<br>**Location:** 235 E. 17th Street, Oxnard<br>**Involved Officer:** Manuel Garcia | Under Investigation |
| BI-SF2023-00006 | **Date:** 04/29/2023<br>**Decedent:** Jesus Guzman Jr.<br>**Agency:** California Highway Patrol<br>**Location:** I-5 Southbound / County Road 33, Glenn County<br>**Involved Officer:** Steve Bryant | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-SF2023-00037 | **Date:** 04/16/2023<br>**Decedent:** Joel Villegas<br>**Agency:** Tulare Police Department<br>**Location:** Bardsley Avenue and Vetter Street, Tulare<br>**Involved Officer:** Daniel Bradley, Adan Barragan | Under Investigation |
| BI-SF2023-00005 | **Date:** 04/13/2023<br>**Decedent:** Elmer Lopez-Castaneda<br>**Agency:** Newark Police Dept. and Fremont Police Dept. (Alameda County)<br>**Location:** 39150 Cedar Boulevard (Cedar Boulevard and Mowry Avenue), Newark<br>**Involved Officer:** Thomas Degenstien, Anthony Piol, Jessie Hartman, and Trevor Damewood | Under Investigation |
| BI-LA2023-00013 | **Date:** 04/05/2023<br>**Decedent:** Victor Eduardo Nava<br>**Agency:** Southgate Police Department<br>**Location:** 5600 Block District Boulevard, Vernon (Los Angeles County) | Under Investigation |
| BI-RI2023-00006 | **Date:** 03/18/2023<br>**Decedent:** Guillermo Huerta<br>**Agency:** Bakersfield Police Department<br>**Location:** Bakersfield, Kern County<br>**Involved Officer:** Bradley Mouser | Under Investigation |
| BI-LA2023-00010 | **Date:** 03/12/2023<br>**Decedent:** Kyle Sostek<br>**Agency:** San Bernardino County Sheriff's Department<br>**Location:** Big Bear, San Bernardino County<br>**Involved Officer:** Samuel Fuller | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-SF2023-00002 | **Date:** 03/04/2023<br>**Decedent:** Roberto Corchado<br>**Agency:** Fresno Police Department<br>**Location:** Fresno, California<br>**Involved Officer:** Bryce Hammond and Luke Tran | Under Investigation |
| BI-LA2023-00008 | **Date:** 02/10/2023<br>**Decedent:** Austin Heiselman<br>**Agency:** Fullerton Police Department<br>**Location:** La Habra, California<br>**Involved Officer:** Nicholas Ashman, Mathew Green, Joshua Walker, and Juan Arenas | Under Investigation |
| BI-SA2023-00022 | **Date:** 02/09/2023<br>**Decedent:** David Lawrence Couch III<br>**Agency:** California Highway Patrol<br>**Location:** Redding, California<br>**Involved Officer:** Ryan Cates | Under Investigation |
| BI-LA2023-00005 | **Date:** 01/22/2023<br>**Decedent:** Charles Robert Towns<br>**Agency:** Los Angeles County Sheriff's Department<br>**Location:** Altadena, California<br>**Involved Officer:** Clarissa Prentice and Eliezer Morales | Under Investigation |
| BI-LA2023-00004 | **Date:** 01/11/2023<br>**Decedent:** Christopher Lee Mercuio<br>**Agency:** Los Angeles County Sheriff's Department<br>**Location:** Santa Clarita, California<br>**Involved Officer:** Lorena Gonzalez | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-RI2023-00001 | **Date:** 01/11/2023<br>**Decedent:** Samuel Arredondo<br>**Agency:** San Bernardino County Sheriff's Department<br>**Location:** Joshua Tree, California<br>**Involved Officer:** Aimee Coakley and Tyler Gilbert | Under Investigation |
| BI-RI2022-00091 | **Date:** 12/20/2022<br>**Agency:** Bakersfield Police Department<br>**Location:** Bakersfield, California<br>**Involved Officer:** Andrew Ferguson, James King, Chad Rogers, Cortez Summit, Anthony Flores, Nicholas Ashby, Dominic Ramirez, and Scott Lazenby | Under Investigation |
| BI-LA2022-00049 | **Date:** 12/18/2022<br>**Decedent:** Guillermo Medina<br>**Agency:** Culver City Police Department<br>**Location:** Culver City, California<br>**Involved Officer:** Adam Rios | Under Investigation |
| BI-SF2022-00016 | **Date:** 12/17/2022<br>**Decedent:** Victor Marquez Melendez<br>**Agency:** Woodlake Police Department<br>**Location:** Exeter, California<br>**Involved Officer:** Chris Kaious and Juan Gonzales | Under Investigation |
| BI-LA2022-00046 | **Date:** 12/08/2022<br>**Decedent:** John Ray Romero<br>**Agency:** San Diego Police Department<br>**Location:** San Diego, California<br>**Involved Officer:** Gregory Bergman, Jonathan Estrada, and Michael Thornton | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-LA2022-00038 | **Date:** 09/27/2022<br>**Decedent:** Savannah Graziano and Anthony John Graziano<br>**Agency:** San Bernardino County Sheriff's Department<br>**Location:** Hesperia, California | Under Investigation |
| BI-LA2022-00035 | **Date:** 09/17/2022<br>**Decedent:** Luis Herrera<br>**Agency:** Los Angeles Police Department<br>**Location:** Los Angeles, California<br>**Involved Officer:** Luis Navarette | Under Investigation |
| BI-LA2022-00027 | **Date:** 07/27/2022<br>**Decedent:** Marcos Maldonado<br>**Agency:** Los Angeles Police Department<br>**Location:** Los Angeles, California<br>**Involved Officer:** David Gillardo and Alonso Vasques | Under Investigation |
| BI-RI2022-00022 | **Date:** 07/22/2022<br>**Decedent:** Jay Jackson<br>**Agency:** Riverside County Sheriff's Department<br>**Location:** Moreno Valley, California<br>**Involved Officer:** Robert Carrasco | Under Investigation |
| BI-LA2022-00025 | **Date:** 07/15/2022<br>**Decedent:** Trent William Millsap<br>**Agency:** Westminster Police Department<br>**Location:** Anaheim, California<br>**Involved Officer:** Miguel Gradilla and Alejandro Lopez | Under Investigation |
| BI-SF2022-00007 | **Date:** 07/13/2022<br>**Decedent:** Curtis Dale Barnett<br>**Agency:** Salinas Police Department<br>**Location:** Salinas, California<br>**Involved Officer:** Gabriel Garcia, Alejandro Jimenez, Eduardo Bejarano, and Jordy Urrutia | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-LA2022-00022 | **Date:** 06/21/2022<br>**Decedent:** Darnell Trevon Travis<br>**Agency:** Fontana Police Department<br>**Location:** Fontana, California<br>**Involved Officer:** Alex Millian | Under Investigation |
| BI-LA2022-00020 | **Date:** 06/21/2022<br>**Decedent:** Earl Shane Holland<br>**Agency:** San Bernardino County Sheriff's Department<br>**Location:** Adelanto, California<br>**Involved Officer:** Justin Lopez | Under Investigation |
| BI-SF2022-00004 | **Date:** 05/19/2022<br>**Decedent:** Rafael Mendoza and Michael MacFhionghain<br>**Agency:** San Francisco Police Department<br>**Location:** San Francisco, California<br>**Involved Officer:** Aidan O'Driscoll, Daniel Rosaia, Trent Collins, and Joshua Dequis | Under Investigation |
| BI-SF2022-00003 | **Date:** 05/19/2022<br>**Decedent:** Austin Flores<br>**Agency:** Fresno Police Department<br>**Location:** Fresno, California<br>**Involved Officer:** Christopher Cooper | Under Investigation |
| BI-LA2022-00016 | **Date:** 05/04/2022<br>**Decedent:** John Joseph Alaniz<br>**Agency:** California Highway Patrol<br>**Location:** Paramount, California<br>**Involved Officer:** Ramon Silva | Under Investigation |
| BI-LA2022-00013 | **Date:** 04/09/2022<br>**Decedent:** Daniel Luis Valdivia<br>**Agency:** Covina Police Department<br>**Location:** Covina, California<br>**Involved Officer:** Vanessa Cardoza, David Meadows, and Billy Sun | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-RI2022-00011 | **Date:** 04/07/2022<br>**Decedent:** Travis Shane Tarrants<br>**Agency:** Fontana Police Department<br>**Location:** Fontana, California<br>**Involved Officer:** Brandon Gossert, Johnsull Doakes, Joshua Nassar, Jociento DeLeon, and Leonard Sein | Under Investigation |
| BI-LA2022-00009 | **Date:** 02/17/2022<br>**Decedent:** Pedro Morales Lopez<br>**Agency:** Los Angeles County Sheriff's Department<br>**Location:** Norwalk, California<br>**Involved Officer:** Giovanni Lampignano | Under Investigation |
| BI-RI2022-00003 | **Date:** 01/18/2022<br>**Decedent:** Joseph Thomas Tracy<br>**Agency:** Riverside County Sheriff's Department, Hemet Police Department, and Riverside Police Department<br>**Location:** Hemet, California<br>**Involved Officer:** Chris Porrazzo, Josh Smith, Art Paez, and Richard Kerr | Under Investigation |
| BI-SF2022-00001 | **Date:** 01/20/2022<br>**Decedent:** Nelson Szeto<br>**Agency:** San Francisco Police Department<br>**Location:** San Francisco, California<br>**Involved Officer:** Steven Uang, Oliver Lim, David Wakayama, and Erik Whitney | Under Investigation |
| BI-LA2021-00036 | **Date:** 12/23/2021<br>**Decedent:** Valentina Orellana Peralta and Daniel Abisai Elena Lopez<br>**Agency:** Los Angeles Police Department<br>**Location:** Los Angeles, California<br>**Involved Officer:** William Jones | Under Investigation |

| DOJ Case Number | Case Details | Status |
|---|---|---|
| BI-SF2021-00013 | **Date:** 12/10/2021<br>**Decedent:** Guadalupe Zavala<br>**Agency:** Antioch Police Department<br>**Location:** Antioch, California<br>**Involved Officer:** Scott Duggar, Theodore Chang, Ryan McDonald, and Eric Rombough | Under Investigation |
| BI-RI2021-00024 | **Date:** 08/07/2021<br>**Decedent:** Che Noe Zuniga<br>**Agency:** Bakersfield Police Department<br>**Location:** Bakersfield, California<br>**Involved Officer:** Carson Puryear, Scott Mann, Joshua Pena, Chad Dickson, and Desmond Ramseur | Under Investigation |