UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV23-02236-MRA(MRWx)                          Date: 6/13/2024

Title   Gale Sostek et al v. County of San Bernardino et al

Present:  The Honorable:   Michael R. Wilner, United States Magistrate Judge

| Eddie Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric Valenzuela | Brett Smith |

**Proceedings:  INFORMAL VIDEO CONFERENCE RE: SETTLEMENT – 37 (VIDEO)**

Case called. Counsel made their appearance. Informal video conference held.

|  | :28 |
|---|---|
|  | ER |