LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF SAN BERNARDINO; SAMUEL FULLER; and DOES 2-10, inclusive<br><br>　　　　　　　　　Defendants. | Case No. 5:23-cv-02236-MRA-MRW<br>*Magistrate Judge Michael R. Wilner*<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>[Proposed] Order *filed concurrently herewith* |

IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto, through their attorneys of record, as follows:

1. Substantial discovery has been conducted in this matter. The parties and propounded and responded to written discovery and subpoenas have been served on third parties.

2. The parties had been in discussions regarding whether to do an early mediation before conducting the party depositions, but ultimately the parties elected to conduct some depositions, including the party depositions, before conducting a mediation.

3. The case presently has approaching deadlines, per the Civil Pretrial Schedule and Trial Order [Doc. # 22], for such matters as fact discovery, the designation of expert witnesses, and exchange of Rule 26 reports by such experts.

4. Due to the schedules of Plaintiffs' counsel, Defendants' counsel, the Defendant Sheriff's Deputy and the out of state Plaintiffs, there has been some scheduling issues in setting the depositions of the parties.

5. In order to schedule the depositions of the parties and promote the prospects for success of settlement discussions, the parties request that the pending controlling discovery deadlines set forth in the Civil Pretrial Schedule and Trial Order be continued approximately (30) days.

6. There have been no prior requests for continuance or extension regarding discovery.

7. Such request, if granted, would result in the following schedule:

| EVENT | CURRENT | PROPOSED |
| --- | --- | --- |
| Fact Discovery Cut-Off | 8/23/24 | 9/23/24 |
| Expert Disclosures: | 9/6/24 | 10/7/24 |
| Rebuttal Expert Disclosures: | 9/20/24 | 10/21/24 |
| Expert Discovery Cut Off: | 9/20/24 | 10/21/24 |
| Last Date to Hear Motions: | 10/16/24 | 11/15/24 |
| Last Date to Hear *Daubert* Motions: | 11/13/24 | 12/13/24 |

8. All other pre-trial and trial dates would remain in effect.

IT IS SO STIPULATED AND REQUESTED.

DATED:  July 30, 2024

By /s/Michelle R. Prescott
Attorneys for Defendants

DATED:  July 30, 2024                 LAW OFFICES OF DALE K. GALIPO

By /s/ Eric Valenzuela
Eric Valenzuela
Attorneys for Plaintiffs