UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; SAMUEL FULLER; and DOES 2-10, inclusive <br><br> Defendants. | Case No. 5:23-cv-02236-MRA-MRW <br><br> **ORDER FOR MODIFICATION OF SCHEDULING ORDER** |

The parties having stipulated thereto and good cause appearing,

IT IS ORDERED, ADJUDGED AND DECREED:

The schedule set forth in the Civil Trial Scheduling Order [Doc. # 22], is modified as follows:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Fact Discovery Cut-Off | 8/23/24 | 9/23/24 |
| Expert Disclosures: | 9/6/24 | 10/7/24 |
| Rebuttal Expert Disclosures: | 9/20/24 | 10/21/24 |

-2-

| | | |
|---|---|---|
| Expert Discovery Cut Off: | 9/20/24 | 10/21/24 |
| Last Date to <u>Hear</u> Motions: | 10/16/24 | 11/15/24 |
| Last Date to <u>Hear</u> *Daubert* Motions: | 11/13/24 | 12/13/24 |

All other pre-trial and trial dates remain in effect.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: July 30, 2024

_____
Hon. Mónica Ramírez Almadani
United States District Judge