LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK, et al., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,, et al., <br><br> Defendant. | **CASE NO**. 5:23-cv-2236 MRA (MRWx) <br><br> **JOINT STIPULATION ALLOWING PARTIES TO CONDUCT ADR WITH THE COURT'S MEDIATION PANEL** <br><br> [Proposed] Order *filed concurrently herewith* |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs and

Defendants, through their respective attorneys of record, as follows:

WHEREAS, the Court referred this case for ADR before Magistrate Wilner

[Doc. # 20].

WHEREAS, Magistrate Wilner recently retired in August of this year.

1    WHEREAS, the deadline to complete the settlement conference is December

2  4, 2024 [Doc. 22-1].

3    WHEREAS, the parties have agreed to use a mediator from the Cour's

4  Mediation Panel.

5    WHEREAS, the parties and have scheduled a mediation for October 22,

6  2024, with the panel mediator.

7    Therefore, it is respectfully requested that the Court issue an Order allowing

8  the parties to conduct their mediation with the panel mediator, instead of with the

9  assigned Magistrate (which recently retired).  This request does not affect the

10  Court's ordered ADR deadline of December 4, 2024.

11

12

13  DATED:   October 2. 2024        LAW OFFICES OF DALE K. GALIPO

14

15                    By: */s/ Eric Valenzuela*
                        Eric Valenzuela
16                        Attorneys for Plaintiffs

17

18  DATED:  October 2. 2024        WESIERSKI & ZUREK LLP

19

20                    By */s/ Michelle R. Prescott*
                        Michelle R. Prescott
21                        Attorneys for Defendant COUNTY OF
                        SAN BERNADINO
22

23

24

25

26

27

28