1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11

GALE SOSTEK; and HERB SOSTEK,

Plaintiff,

vs.

COUNTY OF SAN BERNARDINO; SAMUEL FULLER; and DOES 2-10, inclusive

Defendants.

Case No. 5:23-cv-02236-MRA-MRW

**[PROPOSED] ORDER GRANTING JOINT STIPULATION ALLOWING PARTIES TO CONDUCT ADR WITH THE COURT'S MEDIATION PANEL**

*Before the Hon. Sherilyn Peace Garnett*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

Having considered the stipulation of the parties, **IT IS HEREBY ORDERED THAT** the parties are shall conduct their ADR using the Court's Mediation Panel, to be completed on or before December 4, 2024.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
Hon. Sherilyn Peace Garnett
United States District Judge