# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:23−cv−02236−MRA−MRW<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __10/3/2024__ | __52__ | __Stipulation for Leave__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

Counsel shall submit the proposed order in Word format to MRA_Chambers@cacd.uscourts.gov no later then 4:00 p.m. on 10/4/2024. The proposed order shall include the correct Judge's name.

DATED: October 3, 2024         /s/ *Monica Ramirez Almadani*
                                United States District Judge