LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK, et al., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,, et al., <br><br> Defendant. | **CASE NO**. 5:23-cv-2236 MRA (MRWx) <br><br> **JOINT STIPULATION ALLOWING PARTIES TO CONDUCT ADR WITH THE COURT'S MEDIATION PANEL** <br><br> [Proposed] Order *filed concurrently herewith* |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs and Defendants, through their respective attorneys of record, as follows:

WHEREAS, the Court referred this case for ADR before Magistrate Wilner [Doc. # 20].

WHEREAS, Magistrate Wilner recently retired in August of this year.

1  WHEREAS, the deadline to complete the settlement conference is December 4, 2024 [Doc. 22-1].

3  WHEREAS, the parties have agreed to use a mediator from the Cour's Mediation Panel.

5  WHEREAS, the parties and have scheduled a mediation for October 22, 2024, with the panel mediator.

7  Therefore, it is respectfully requested that the Court issue an Order allowing the parties to conduct their mediation with the panel mediator, instead of with the assigned Magistrate (which recently retired).  This request does not affect the Court's ordered ADR deadline of December 4, 2024.

DATED:  October 2. 2024          LAW OFFICES OF DALE K. GALIPO

                                 By: /s/ Eric Valenzuela
                                    Eric Valenzuela
                                    Attorneys for Plaintiffs

                                 WESIERSKI & ZUREK LLP
DATED:  October 2, 2024

                                 By /s/ Michelle R. Prescott
                                    Michelle R. Prescott
                                    Attorneys for Defendant COUNTY OF
                                    SAN BERNADINO