# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK,<br><br>                    Plaintiff,<br>vs.<br><br>COUNTY OF SAN BERNARDINO; SAMUEL FULLER; and DOES 2-10, inclusive<br><br>                    Defendants. | Case No. 5:23-cv-02236-MRA-MRW<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION ALLOWING PARTIES TO CONDUCT ADR WITH THE COURT'S MEDIATION PANEL**<br><br>*Before the Hon. Monica Ramirez Almadani* |

ORDER RE: ADR

# ORDER

Having considered the stipulation of the parties, **IT IS HEREBY ORDERED THAT** the parties are shall conduct their ADR using the Court's Mediation Panel, to be completed on or before December 4, 2024.

**IT IS SO ORDERED.**

DATED: _____, 2024

Hon. Monica Ramirez Almadani
United States District Judge