LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK,<br><br>　　　　　　　　Plaintiff,<br>　　vs.<br>COUNTY OF SAN BERNARDINO; SAMUEL FULLER; and DOES 2-10, inclusive<br><br>　　　　　　　　Defendants. | Case No. 5:23-cv-02236-MRA-MRW<br>*Hon. Mónica Ramírez Almadani*<br><br>**JOINT STIPULATION FOR ORDER EXTENDING DISCOVERY DEADLINES**<br><br>[Proposed] Order *filed concurrently herewith* |

　　　　IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto, through their attorneys of record, as follows:

　　　　WHEREAS, pursuant to the Court's Order [Doc. # 50], the parties exchanged initial expert disclosures yesterday on October 7, 2024.

　　　　WHEREAS, the rebuttal expert disclosures and the expert discovery cut-off is currently October 21, 2024.

　　　　WHEREAS, the parties are scheduled to conduct mediation on October 22, 2024.

　　　　WHEREAS, the parties wish to conduct their mediation before incurring the additional substantial expenses associated with retaining rebuttal experts and with

taking the depositions of the respective experts.

WHEREAS, in order to promote the prospects for success of settlement discussions and limit unnecessary expense, particularly as to the rebuttal expert retention and the expert depositions, the parties request that the pending controlling dates set forth in the Court's Scheduling Order be continued approximately two weeks.

WHEREAS, there has been one prior requests for continuance or extension regarding discovery.

WHEREAS, such request, if granted, would result in the following schedule:

| EVENT | CURRENT | PROPOSED |
| --- | --- | --- |
| Rebuttal Expert Disclosures: | 10/21/24 | 10/28/24 |
| Expert Discovery Cut Off: | 10/21/24 | 11/04/24 |
| Last Date to Hear Motions: | 10/16/24 | 11/15/24 |
| Last Date to Hear *Daubert* Motions: | 11/13/24 | 12/13/24 |

7. All other pre-trial and trial dates would remain in effect.

IT IS SO STIPULATED AND REQUESTED.

DATED:  October 8, 2024				LAW OFFICES OF DALE K. GALIPO

						By  /s/ *Eric Valenzuela*
						      Eric Valenzuela
						      Attorneys for Plaintiffs


DATED:  October 8, 2024				WESIERSKI & ZUREK LLP


						By  /s/ *Michelle R. Prescott*
						      Michelle R. Prescott
						      Attorneys for Defendants