# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK, <br><br>Plaintiff, <br><br>vs. <br><br>COUNTY OF SAN BERNARDINO; SAMUEL FULLER; and DOES 2-10, inclusive <br><br>Defendants. | Case No. 5:23-cv-02236-MRA-MRW <br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR ORDER EXTENDING DISCOVERY DEADLINES** |

The parties having stipulated thereto and good cause appearing,

IT IS HEARBY ORDERED:

The schedule set forth in the Scheduling Order [Doc. # 50], is modified as follows:

| **EVENT** | **CURRENT** | **PROPOSED** |
|---|---|---|
| Rebuttal Expert Disclosures: | 10/21/24 | 10/28/24 |
| Expert Discovery Cut Off: | 10/21/24 | 11/04/24 |
| Last Date to Hear Motions: | 10/16/24 | 11/15/24 |
| Last Date to Hear *Daubert* Motions: | 11/13/24 | 12/13/24 |

All other pre-trial and trial dates remain in effect.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: _____, 2024

_____
Hon. Mónica Ramírez Almadani
United States District Judge