|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| GALE SOSTEK; and HERB SOSTEK, | Case No. 5:23-cv-02236-MRA-MRW |
|---|---|
| Plaintiff, | **ORDER RE: JOINT STIPULATION FOR ORDER EXTENDING DISCOVERY DEADLINES** |
| vs. | |
| COUNTY OF SAN BERNARDINO; SAMUEL FULLER; and DOES 2-10, inclusive | |
| Defendants. | |

ORDER FOR MODIFICATION OF SCHEDULING ORDER

1  The parties having stipulated thereto and good cause appearing,

2  IT IS HEARBY ORDERED:

4  The schedule set forth in the Scheduling Order [Doc. # 50] is modified as
5  follows:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Rebuttal Expert Disclosures: | 10/21/24 | 10/28/24 |
| Expert Discovery Cut Off: | 10/21/24 | 11/04/24 |
| Last Date to Hear Motions: | 10/16/24 | 11/15/24 |
| Last Date to Hear *Daubert* Motions: | 11/13/24 | 12/13/24 |

12  All other pre-trial and trial dates remain in effect.

14  IT IS SO ORDERED, ADJUDGED AND DECREED.

17  DATED: October 8, 2024

_____
Hon. Mónica Ramírez Almadani
United States District Judge