

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GALE SOSTEK; and HERB SOSTEK,

Plaintiff,

vs.

COUNTY OF SAN BERNARDINO; SAMUEL FULLER; and DOES 2-10, inclusive

Defendants.

Case No. 5:23-cv-02236-MRA-MRW
*Hon. Mónica Ramírez Almadani*

**JOINT STIPULATION FOR ORDER EXTENDING DISCOVERY DEADLINES**

[Proposed] Order *filed concurrently herewith*

IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto, through their attorneys of record, as follows:

WHEREAS, the parties conducted a mediation on October 22, 2024.

WHEREAS, the Plaintiffs are submitting a settlement demand that will be presented to the County of San Bernardino Board of Supervisors on November 19, 2024.

WHEREAS, the rebuttal expert disclosures are currently scheduled to be exchanged by October 28, 2024 and the expert discovery cut off is November 4, 2024 (See Doc. # 59).

WHEREAS, the parties wish to have their settlement demand presented to the County Board for decision before incurring the additional substantial expenses associated with retaining rebuttal experts and with taking the depositions of the respective experts.

WHEREAS, in order to promote the prospects for success of settlement discussions and limit unnecessary expense, particularly as to the rebuttal expert retention and the expert depositions, the parties request that the pending controlling dates set forth in the Court's Scheduling Order be continued by approximately two weeks after the settlement demand has been presented to the County Board for approval on November 19, 2024.

WHEREAS, there have been two prior requests for continuance or extension regarding discovery.

WHEREAS, such request, if granted, would result in the following schedule:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Rebuttal Expert Disclosures: | 10/28/24 | 11/29/24 |
| Expert Discovery Cut Off: | 11/4/24 | 12/06/24 |

7. All other pre-trial and trial dates would remain in effect.



IT IS SO STIPULATED AND REQUESTED.

DATED: October 28, 2024

LAW OFFICES OF DALE K. GALIPO

By /s/ Eric Valenzuela
Eric Valenzuela
Attorneys for Plaintiffs

DATED: October 28, 2024

WESIERSKI & ZUREK LLP

By /s/ Michelle R. Prescott
Michelle R. Prescott
Attorneys for Defendants