# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; SAMUEL FULLER; and DOES 2-10, inclusive<br><br>Defendants. | Case No. 5:23-cv-02236-MRA-MRW<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR ORDER EXTENDING DISCOVERY DEADLINES** |

-2-

1     The parties having stipulated thereto and good cause appearing,

2     IT IS HEARBY ORDERED:

4     The schedule set forth in the Scheduling Order [Doc. # 59], is modified as follows:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Rebuttal Expert Disclosures: | 10/28/24 | 11/29/24 |
| Expert Discovery Cut Off: | 11/4/24 | 12/06/24 |

All other pre-trial and trial dates remain in effect.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: _____, 2024

_____
Hon. Mónica Ramírez Almadani
United States District Judge