UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-02236-MRA (MRWx) <br><br> **[PROPOSED] ORDER FOR EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER FOR PURPOSE OF HEARING DEFENDANTS' RENEWED MOTION TO STAY** <br><br> Trial Date:  January 28, 2025 |

**PROPOSED EX PARTE ORDER**

DEFENDANTS, COUNTY OF SAN BERNARDINO and SAMUEL FULLER ("Defendants") Ex Parte Application for an Order to Modify the Scheduling Order for the Purpose of Hearing Defendants' Renewed Motion to Stay, contested by PLAINTIFFS HERB AND GALE SOSTEK ("Plaintiffs") counsel, was heard on-_____. Upon consideration of the papers and arguments presented, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendants' Ex Parte application is granted;

2. The Scheduling Order shall be modified to allow Defendants to file their Renewed Motion to Stay. The new Motion Cutoff Deadline is _____

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

1 DATED:

4
 _____
5 HON. MONICA RAMIREZ ALMADANI

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

4892-8952-1661.1 SBD-00021

2

[PROPOSED] ORDER FOR EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER FOR PURPOSE OF HEARING DEFENDANTS' RENEWED MOTION TO STAY