# EXHIBIT A

| | |
|---|---|
| **From:** | Michelle R. Prescott <mprescott@WZLLP.COM> |
| **Sent:** | Monday, October 14, 2024 6:48 PM |
| **To:** | evalenzuela@galipolaw.com; Leslie De Leon; Sierra Frazier |
| **Cc:** | Christopher Wesierski; Kaitlyn Zendejas; Adam O'Shea |
| **Subject:** | RE: Sostek v. County of San Bernardino |

Eric

We are still waiting for the GSR test results, but in the meantime the DOJ has just produced the following records:
- DOJ Physical Evidence Examination Report
- DOJ Physical Evidence Submission Form
- Photos of DOJ sealed evidence packages
- Possible phone extraction report
- FARO files
- Over 5,000 + files total

I know discovery is closed, so I would like to talk to you about these records and how we want to handle it. Do you have time to discuss? I'm tied up in mediation and depositions all week, but I may be able to take a break to discuss. Let me know your availability.


Michelle R. Prescott, Esq.
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email mprescott@wzllp.com



Follow us on:

Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.