Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
  mprescott@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants COUNTY OF SAN BERNARDINO and SAMUEL FULLER

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; SAMUEL FULLER; and DOES 2-10, inclusive <br><br> Defendants. | Case No. 5:23-cv-02236-MRA-MRW <br> *Magistrate Judge Michael R. Wilner* <br><br> **JOINT STIPULATION FOR ORDER EXTENDING DISCOVERY DEADLINES** <br><br> [Proposed] Order *filed concurrently herewith* |

1  IT IS HEREBY STIPULATED AND REQUESTED by and between the
2  parties hereto, through their attorneys of record, as follows:
3      1.    Substantial discovery has been conducted in this matter. The parties
4  and propounded and responded to written discovery and subpoenas have been
5  served on third parties.
6      2.    The parties had been in discussions regarding settlement and agreed to
7  postpone expert depositions until after December 17, 2024.
8      3.    The case presently has approaching deadlines, per the Civil Pretrial
9  Schedule and Trial Order [Doc. #22], [Doc. # 42], and the Order regarding the Joint
10 Stipulation to Extend Discovery Deadlines for Rebuttal Expert Disclosures and
11 Expert Discovery Cut-off [Doc. #61].
12     4.    In order to schedule the depositions of the parties and promote the
13 prospects for success of settlement discussions, the parties request that the pending
14 controlling deadlines for Expert Discovery Cut Off and Last Day to Hear Daubert
15 Motions.
16     5.    Such request, if granted, would result in the following schedule:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Expert Discovery Cut Off: | 12/6/24 | 12/20/24 |
| Last Date to <u>Hear</u> *Daubert* Motions: | 12/13/24 | 1/8/2025 |

22     7.    All other pre-trial and trial dates would remain in effect.

1  IT IS SO STIPULATED AND REQUESTED.

4  DATED: December 9, 2024

6  By /s/Michelle R. Prescott
   Attorneys for Defendants

8  DATED: December 9, 2024        LAW OFFICES OF DALE K. GALIPO

10 By /s/ Eric Valenzuela
   Eric Valenzuela
   Attorneys for Plaintiffs