UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK,<br><br>                Plaintiff,<br>vs.<br><br>COUNTY OF SAN BERNARDINO; SAMUEL FULLER; and DOES 2-10, inclusive<br><br>                Defendants. | Case No. 5:23-cv-02236-MRA-MRW<br><br>**[PROPOSED] ORDER FOR MODIFICATION OF SCHEDULING ORDER** |

The parties having stipulated thereto and good cause appearing,

IT IS ORDERED, ADJUDGED AND DECREED:

The schedule set forth in the Civil Trial Scheduling Order [Doc. # 22], [Doc. #42], and prior modification [Doc. #61], is modified as follows:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Expert Discovery Cut Off: | 12/6/24 | 12/20/24 |
| Last Date to Hear *Daubert* Motions: | 12/13/24 | 1/8/2025 |

1     All other pre-trial and trial dates remain in effect.

2     IT IS SO ORDERED, ADJUDGED AND DECREED.

5 DATED: _____, 2024

**Hon. Mónica Ramírez Almadani, United States District Judge**