# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; SAMUEL FULLER; and DOES 2-10, inclusive <br><br> Defendants. | Case No. 5:23-cv-02236-MRA-MRW <br><br> **ORDER DENYING MODIFICATION OF SCHEDULING ORDER** |

The Court **DENIES** the parties' stipulation to modify the Scheduling Order. *See* ECF 65. The parties have not established good cause to extend the expert discovery cut-off and deadline to hear *Daubert* motions. The Final Pretrial Conference is scheduled for January 8, 2025, with the first round of trial filings due on December 11, 2025. The parties have not explained how these dates and deadlines can remain in effect, while allowing additional time to complete expert discovery.

IT IS SO ORDERED.

DATED: December 09, 2024

**Hon. Mónica Ramírez Almadani**
**United States District Judge**

4921-5520-2052.1 SBD-00021