LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, State Bar No. 144074
Eric Valenzuela, State Bar No. 284500
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333 - Telephone
(818) 347-4118 - Facsimile
E-Mail: dalekgalipo@yahoo.com
evalenzuela@galipolaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK, et al., <br><br>    Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO, et al., <br><br>    Defendants. | 5:23-cv-2236 MRA (MRWx) <br><br> [*Honorable Mónica Ramírez Almadani*] <br><br> **WITNESS LIST** <br><br> **Pre-Trial Conference:** <br> Date:   January 8, 2025 <br> Time:   3:00 p.m. <br><br> **Trial:** <br> Date:   January 28, 2025 <br> Time:   8:30 a.m. |

Plaintiffs respectfully submit the following list of witnesses who may be called at trial:

- 1 –    Case No. 5:23-cv-2236-MRA (MRWx)

WITNESS LIST

| Witness Name | Dates of Testimony |
|---|---|
| 1.  Samuel Fuller | |
| 2.  John Everman | |
| 3.  Gale Sostek | |
| 4.  Herb Sostek | |
| 5.  Scott DeFoe | |
| 6.  Dr. Bennett Omalu | |
| 7.  Brittania Huether | |
| 8.  Jonathon Bidwell | |
| 9.  Dr. Chanikarn Lopez | |
| 10. Andrea Guerrero | |
| 11. Travis Gagne | |

Plaintiffs reserve the right to amend and supplement their witness lists.

DATED: December 11, 2024        LAW OFFICES OF DALE K. GALIPO

By       /s/ Eric Valenzuela
Dale K. Galipo
Eric Valenzuela
Attorneys for Plaintiffs