LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
dalekgalipo@yahoo.com
Eric Valenzuela, SBN 284500
evalenzuela@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
dalekgalipo@yahoo.com
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK, et al.,<br><br>            Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>            Defendants. | Case No.: 5:23-cv-2236 MRA (MRWx)<br><br>[*Honorable Mónica Ramírez Almadani*]<br><br>**DECLARATION OF ERIC VALENZUELA IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 2**<br><br>Date:   January 8, 2025<br>Time:  3:00 p.m.<br>Ctrm:  10B |

## DECLARATION OF ERIC VALENZUELA

I, Eric Valenzuela, hereby declare as follows:

1. I am an attorney licensed to practice law in the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiffs in the instant action. I make this declaration in support of Plaintiffs' Motion *in Limine* No. 2. to exclude any information unknown to the officers at the

time of the shooting. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2.      Attached hereto as "**Exhibit A**" and incorporated by reference herein are true and correct copies of the pertinent portions of the interview of Diane Bilodeau, taken in this action on April 11, 2023.

3.      Attached hereto as "**Exhibit B**" and incorporated by reference herein are true and correct copies of a photograph of Decedent's abdomen tattoo taken during autopsy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: December 11, 2024        THE LAW OFFICES OF DALE K. GALIPO


By:      /s/ Eric Valenzuela
            Eric Valenzuela
            Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28