# EXHIBIT A

CONFIDENTIAL

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12   CA-DOJ
13   Case Number: BI-LA2023-00010
14   Case Name: FULLER, SAMUEL
15   Interviewee: Diane Bilodeau
16   Date of interview: April 11, 2023
17
18
19
20
21
22
23
24
25
                                              Page 1
```

SBD - 000503

CONFIDENTIAL

```
 1              SPECIAL AGENT JON GENENS:  Today is
 2   Tuesday, April 11, 2023.  This is Special Agent
 3   Jon Genens, from the California Department of
 4   Justice.  I am going to be calling Diane
 5   Bilodeau, date of birth ██████████████, at area
 6   code ████████████, regarding our case #BI-
 7   LA2023-00010, reference an OIS that occurred on
 8   March 12, 2023 in Sugarloaf, California, decedent
 9   Kyle Sostek.  And Diane Bilodeau is Kyle's ex-
10   girlfriend.
11              DIANE BILODEAU:  Hello.
12              SPECIAL AGENT JON GENENS:  Hi, Diane.
13   This is Jon Genens, from the California
14   Department of Justice, calling you back.
15              DIANE BILODEAU:  Yes.  Yes.  I have some
16   questions.  I've been talking to Gale and I don't
17   think she's been given the correct information.
18   And I want to verify because I used to do it for a
19   living and I used to work for the tow companies
20   and I've never heard of an impound not having any
21   charges.
22              I just -- I have a problem with that
23   because I've never heard of any of the tow
24   companies up here, especially when I worked for
25   one for over a year, not having any charges.  So,
```

Page 2

SBD - 000504

CONFIDENTIAL

1    actually a person behind the name.

2          DIANE BILODEAU:  And you know, like I

3    said, there's just -- I guess none of us

4    understand.  We just don't get it.  It's just --

5    it's such -- it's such a waste.

6          SPECIAL AGENT JON GENENS:  Did Kyle say

7    anything about the police?  And I was just trying

8    to figure out if there was any -- if you had any

9    idea of why he might have not stopped for the

10   police?

11         DIANE BILODEAU:  He was scared of them

12   and he did not want to go to jail.  He doesn't do

13   well there.  He already did that once.  Actually,

14   I think he did it twice or two or three times.  I

15   can't remember.  But it was all stemming from the

16   same thing.  One was a parole violation?  You

17   know what I mean?  It was just stupidity.

18         SPECIAL AGENT JON GENENS:  Hmm.

19         DIANE BILODEAU:  But I know he had a

20   hell of a time in there.  So I can understand why

21   he wouldn't want to go back.  And he was probably

22   terrified.  Like I said, when you're

23   neurodivergent, your brain doesn't send the right

24   signals.  You don't process correctly.  It's just

25   you can't.

Page 24

SBD - 000526

CONFIDENTIAL

```
 1              SPECIAL AGENT JON GENENS:  Hmm.  Did he
 2   say that -- tell you that he was scared of the
 3   police?
 4              DIANE BILODEAU:  No, but he did tell me
 5   he didn't ever want to go back to jail ever
 6   again.  I mean, who would?
 7              SPECIAL AGENT JON GENENS:  Right.
 8              DIANE BILODEAU:  I mean...  And I can
 9   see, knowing him, why he wouldn't do well in a
10   place like that, because again, you don't wear a
11   sign that says I'm autistic.  How are they going
12   to understand anything?
13              SPECIAL AGENT JON GENENS:  Okay.  Is
14   there anything else that you think would be
15   important for me to know about?
16              DIANE BILODEAU:  I don't -- I don't
17   know.
18              SPECIAL AGENT JON GENENS:  Okay.  Well,
19   this doesn't have to be our last conversation.
20   I'm definitely going to reach out to the
21   detectives over at San Bernardino and try and get
22   your two questions answered about the death
23   certificate and the car.  And I'll be in touch
24   with probably both you and Gale.
25              DIANE BILODEAU:  Okay.
```

Page 25

SBD - 000527

CONFIDENTIAL

```
 1              SPECIAL AGENT JON GENENS:  All right.
 2   Well, thank --
 3              DIANE BILODEAU:  And I'm supposed to
 4   call her when I get off the phone with you.  So
 5   I'll tell her I talked to you.
 6              SPECIAL AGENT JON GENENS:  Okay.  Yeah,
 7   that's fine.  Okay.  Well, thank you for taking
 8   the time to share that about Kyle with me.  And I
 9   will look into the questions that you and Gail
10   had.
11              DIANE BILODEAU:  All right.  Thank you.
12              SPECIAL AGENT JON GENENS:  You're
13   welcome.
14              DIANE BILODEAU:  Okay.  Bye-bye.
15              SPECIAL AGENT JON GENENS:  Bye.
16              And the time is 0941 hours and that
17   concludes the telephone call with Diane Bilodeau.
18
19
20
21
22
23
24
25
```

Page 26

SBD - 000528

CONFIDENTIAL

```
 1              C E R T I F I C A T I O N

 2

 3   I, Sonya Ledanski Hyde, certify that the

 4   foregoing transcript is a true and accurate

 5   record of the proceedings.

 6

 7

 8

 9         Sonya M. Ledanski Hyde

10

11         Veritext Legal Solutions

12         330 Old Country Road

13         Suite 300

14         Mineola, NY 11501

15

16   Date: June 16, 2023

17

18

19

20

21

22

23

24

25

                                      Page 27
```

SBD - 000529

CONFIDENTIAL

NOTE REGARDING CORRECTIONS TO TRANSCRIPT

On June 16, 2023, I, Special Agent J. Genens, received witness Diane Bilodeau's telephone interview transcript from Veritext via a secure emailed link.  On July 5, 2023, I listened to the audio recording of Bilodeau's interview while I reviewed the transcript at the same time.  I made corrections to the transcript, completed a list of those corrections, and attached the list to the back of the transcript.


J. Genens, SA

July 5, 2023