# EXHIBIT B


SBD - 001114