UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK, et al.,<br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br>    Defendants. | Case No.:  5:23-cv-2236 MRA (MRWx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION IN LIMINE NO. 2 TO EXCLUDE SPECIFIC ITEMS OF INFORMATION ACQUIRED AFTER THE SHOOTING AND NOT KNOWN TO THE SHOOTING OFFICER AT THE TIME OF THE INCIDENT**<br><br>Date:   January 8, 2025<br>Time:  3:00 p.m.<br>Ctrm:  10B |

# [PROPOSED] ORDER

Having reviewed Plaintiffs' Motion in Limine No. 2 to Exclude Specific Items of Information Acquired After the Shooting and not Known to the Shooting Officer at the Time of the Incident, and GOOD CAUSE appearing therefore, Plaintiffs' Motion is hereby GRANTED.  All parties and their counsel, and throught them any witnesses or other persons, are hereby precluded from referencing, mentioning, publishing, or arguing any of the following items of evidence before the jury:

(1) Diane Bilodeau's statement provided to investigators which was not communicated to Defendant Fuller prior to the shooting; and

(2) Decedent's tattoos.

**IT IS SO ORDERED.**

Dated: _____          _____
                                Honorable Mónica Ramírez Almadani
                                United States District Judge