Christopher P. Wesierski [Bar No. 086736]
  cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
  mprescott@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendant, COUNTY OF SAN BERNARDINO and SAMUEL FULLER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| GALE SOSTEK; and HERB SOSTEK, | Case No. 5:23-cv-02236-MRA (MRWx) |
|---|---|
| Plaintiffs, | **DEFENDANTS' WITNESS LIST** |
| vs. | Trial Date: January 28, 2025 |
| COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive, | |
| Defendants. | |

Defendant, COUNTY OF SAN BERNARDINO and SAMUEL FULLER hereby submit their proposed witness list.

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Gale Sostek, Plaintiff | Will testify regarding her damages and relationship with the decedent | | 1 hour | |
| Herbert Sostek, Plaintiff | Will testify regarding his damages and relationship with the decedent | | 1 hour | |
| Deputy Samuel | Will testify regarding his | 2.00 | | |

1

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Fuller, Defendant | training, the facts and circumstances of the officer involved shooting and facts and circumstances leading up to the incident.[1] | | | |
| Sgt. John Everman | Will testify about what he saw at the time of the incident, and the facts and circumstances leading up to the shooting. | 2.00 | | |
| Ed Flosi, Defense Retained Expert | Police practices expert. Will testify about the policy and procedures of SBSD and POST, and his analysis of the incident. | 3.00 | | |
| Chanikarn Lopez, M.D. Forensic Pathologist | Will testify regarding her autopsy of Kyle Sostek. | 1.50 | | |
| Deputy David Bush | Will testify regarding his presence at the incident scene, securing the scene, taking photographs of the scene and collecting evidence. | .50 | | |
| Detective Derek Pedersen | Assigned to Big Bear Station. Will testify regarding briefing | .25 | | |

---

[1] Deputy Fuller has relied upon his Fifth Amendment privilege not to testify about the facts and circumstances of the incident or events leading up to the incident on advise of counsel. If Deputy Fuller has a change of position. Defendant will be made available for deposition.

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | concerning Kyle Sostek. | | | |
| Captain Kelly Craig | Assigned to Big Bear Station. Will testify regarding briefing concerning Kyle Sostek. | .25 | | |
| Sergeant John Woods* | Part of the homicide detail and assigned the investigating officers. | .50 | | |
| Detective Malcolm Page* | Part of the homicide detail. Performed the officer processing, vehicle processing of Decedent's car, and involved in investigation of the incident. | .50 | | |
| Detective Travis Gagne* | Part of the homicide detail. Performed the crime scene investigation. | .50 | | |
| Detective Justin Carty* | Part of the homicide detail. Performed officer processing. | .50 | | |
| Detective Eric Ogaz* | Part of homicide detail. Assigned to assist in processing the crime scene. | .50 | | |
| Crime Scene Investigator Andrea Guerrero | Assisted in the crime scene investigation. Took overall midrange and close up photogs of the scene, and documented shoe impressions. Booked the GSR into evidence. | .50 | | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Crime Scene Investigator Mike Russ | Photographed Deputy Fuller, and Sgt. Everman, examined Fuller's duty handgun and photographed it, collected evidence | .50 | | |
| Lauren Torres – Crime Analyst | Processed the GPS data of the scene location | .25 | | |
| Fire Department – Captain/Paramedic Mitch Hollenbaugh | Was present at the incident location and rendered medial aid to Kyle Sostek. | .50 | | |
| Fire Department – Engineer Jon Bidwell* | Was present at the incident location and rendered medial aid to Kyle Sostek. | .50 | | |
| Fire Department – Paramedic Brittania Huether* | Was present at the incident location and rendered medial aid to Kyle Sostek. | .50 | | |
| Ambulance – Tyler Guyon* | Was present at the incident location. Will have information about when medical was called. | .25 | | |
| Ambulance – Cameron Dupre* | Was present at the incident location. Will have information about when medical was called. | .25 | | |
| Diane Bilodeau* | Kyle Sostek's girlfriend. Has information about Kyle Sostek's prior employment, and medical condition. | .25 | | |

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

4935-1891-3029.1 SBD-00020         DEFENDANTS' WITNESS LIST

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Kyle Gober* | Broadcast information about the identity of the suspect, Kyle Sostek | .25 | | |

*Indicates that witness will be called only if the need arises.

DATED:  December 10, 2024          WESIERSKI & ZUREK LLP

By: *Christopher P. Wesierski*
CHRISTOPHER P. WESIERSKI
Attorneys for Defendant, COUNTY OF SAN BERNARDINO and SAMUEL FULLER

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

5

4935-1891-3029.1 SBD-00020

DEFENDANTS' WITNESS LIST