LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>          Defendants. | Case No.:  5:23-cv-2236 MRA (MRWx)<br><br>[*Honorable Mónica Ramírez Almadani*]<br><br>**JOINT EXHIBIT LIST**<br><br>**Pre-Trial Conference:**<br>Date:    January 8, 2025<br>Time:    3:00 p.m.<br><br>**Trial:**<br>Date:    January 28, 2025<br>Time:    8:30 a.m. |

1  **<u>TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL</u>:**

2       By and through their counsel of record in this action, the Parties hereby

3  submit the following Exhibit List of tangible and documentary evidence to be

4  provided-published to the jury at the time of trial (to the extent admissible under the

5  Federal Rules of Evidence).  The Parties reserve the right to amend this Exhibit List,

6  subject to any objections, motions *in limine*, and applicable Orders of the Court.

7

8  DATED:  December 11, 2024     LAW OFFICES OF DALE K. GALIPO

9

10       By_ /s/ Eric Valenzuela_____

     Dale K. Galipo

11       Eric Valenzuela

12       Attorneys for Plaintiffs

13  DATED:  December 11, 2024     LAW OFFICES OF WESIERSKI & ZUREK

14

15       By_ /s/ Christopher P. Wesierski_____

     Christopher P. Wesierski

16       Michelle R. Prescott

17       Attorneys for Defendants

18

19

20

21

22

23

24

25

26

27

28

# **EXHIBIT LISTS OF THE PARTIES**

| | PLAINTIFFS' EXHIBIT LIST | | |
|---|---|---|---|
| Exh. No. | Description | Date Identified | Date Received |
| 1. | Samuel Fuller Deposition | | |
| 2. | Autopsy Report | | |
| 3. | Scene Photos | | |
| 4. | Scene Photos with EMS | | |
| 5. | Photos of Decedent's Injuries | | |
| 6. | Photos of Decedent | | |
| 7. | Adoption Documents | | |
| 8. | Family Photos | | |
| 9. | Big Bear Fire Department Records | | |
| 10. | Crime Report By Det. Gagne (Bates 000036-45) | | |
| 11. | Audio Recording from Fuller's Belt Recorder | | |
| 12. | Audio Recording from Everman's Belt Recorder | | |
| 13. | Photos of Fuller and his Equipment | | |
| 14. | Radio Communications Printout | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |

| | | | |
|---|---|---|---|
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |
| | **DEFENDANTS' EXHIBIT LIST** | | |
| 31. | Homicide Report SBD-00001-641 | | |
| 32. | Audio Recording titled "PUMA5203" | | |
| 33. | Audio Recording titled "PUMA5204" | | |
| 34. | Audio Recording titled "PUMA0895" | | |
| 35. | Audio Recording titled "PUMA0896" | | |
| 36. | Audio Recording titled "PUMA0898" | | |
| 37. | Audio Recording titled "PUMA0900" | | |
| 38 | Audio Recording titled "PUMA0902" | | |
| 39. | Audio Recording titled "S2190567" | | |

| 40. | Audio Recording titled "Engineer Paramedic Cameron Dupre Interview" | | |
|---|---|---|---|
| 41. | Audio Recording titled "Engineer Paramedic Jonathan Bidwell Interview" | | |
| 42. | Audio Recording titled "FF Paramedic Brittania Huether Interview" | | |
| 43. | Audio Recording titled "Fire Capt. Mitch Hollenbaugh Interview" | | |
| 44. | Audio Recording titled "Gale and Herbert Sostek phone contact" | | |
| 45. | Audio Recording titled "Paramedic Tyler Guyon Interview" | | |
| 46. | Audio Recording titled "Sgt. John Everman Interview | | |
| 47. | Audio Recording titled "PUMA5204(reduced siren)" | | |
| 48. | Audio Recording titled "Gale Sostek 3.23.2023 phone call" | | |
| 49. | Audio Recording titled "Gale Sostek 3.23.2023 voice mail message" | | |
| 50. | Audio Recording titled "Gale Sostek 3.27.23 Phone Call" | | |
| 51. | Audio Recording titled "BB230550009 Ec09- domestic 9-1-1 call" | | |
| 52. | Audio Recording titled "BB230710005 SPR2300025 FTY UOF VCC 5" | | |
| 53. | Video File titled "7f6BQ3UsP" | | |
| 54. | Video File titled "Outside 1" | | |

| | | | |
|---|---|---|---|
| 55. | Video File titled "Outside 2" | | |
| 56. | Video File titled "Register 2" | | |
| 57. | 629 Photographs taken in the connection with the Incident SBD-000642-1270 | | |
| 58. | Criminal History of Decedent | | |
| 59. | Medical Records for the Decedent | | |
| 61. | Coroner Report/Investigation SBD-002380-2386 | | |
| 62. | Autopsy Report and Photographs SBD-002368-2379 | | |
| 63. | Sheriff's department policies and training regarding the use of deadly force | | |
| 64. | Medical records from the Paramedics / Firefighters / Ambulance | | |
| 65. | Audio Recording Titled "Phone call to Attorney Leap – 230705_1406". | | |
| 66. | DOJ Physical Evidence Examination Report | | |
| 67. | DOJ Physical Evidence Submission Form | | |
| 68. | DOJ Photos of sealed evidence packages | | |
| 69. | Phone Extraction | | |
| 70. | FARO Files | | |
| 71. | Gunshot Residue Test Results | | |
| 72. | POST Learning Domain 20 SBD-002254-2367 | | |
| 73. | San Bernardino County Sheriff Department Manual SBD-001271 | | |

| | | | | |
|---|---|---|---|---|
| 74. | Exhibit A to the Deposition Transcript of Dr. Chanikarn Lopez | | | |
| 75. | Exhibit 1 to Deposition Transcript of Gale Sostek | | | |
| 76. | Exhibit 1 to Deposition Transcript of Herb Sostek | | | |
| 77. | Plaintiff's Herb Sosteks Responses and Objections to Special Interrogatories, Set One | | | |
| 78. | Plaintiff Gail Sostek's Responses and Objections to Special Interrogatories, Set One | | | |
| 79. | Plaintiff's Herb Sosteks Responses and Objections to Requests for Production, Set One | | | |
| 80. | Plaintiff Gail Sostek's Responses and Objections to Requests for Production, Set One | | | |
| 81. | Plaintiff's Herb Sosteks Responses and Objections to Requests for Production, Set Two | | | |
| 82. | Plaintiff Gail Sostek's Responses and Objections to Requests for Production, Set Two | | | |
| 83. | Plaintiff Gail Sostek's Responses and Objections to Special Interrogatories, Set Two | | | |
| 84. | Plaintiff's Herb Sosteks Responses and Objections to Requests for Admissions, Set One | | | |
| 85. | Plaintiff's Herb Sosteks Responses and Objections to Requests for Production, Set Three | | | |

The Parties reserve the right to amend this Exhibit List