Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Michelle R. Prescott [Bar No. 262638]
  *mprescott@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendant, COUNTY OF SAN BERNARDINO and SAMUEL FULLER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-02236-MRA (MRWx) <br><br> **JOINT STATUS REPORT DEADLINES** <br><br> Trial Date:    January 28, 2025 |

By and through their counsel, Defendant, COUNTY OF SAN BERNARDINO and SAMUEL FULLER and Plaintiffs GALE SOSTEK and HERB SOSTEK, here by submit this Joint Status Report Regarding Settlement.

WHEREAS, the deadline to complete the settlement conference was December 4, 2024 [Doc. 22-1];

WHEREAS, the parties stipulated to use a mediator from the Court's mediation panel [Doc. 52];

WHEREAS on October 22, 2024, the parties mediate this matter with Richard Copeland, but were unable to resolve the matter;

WHEREAS the parties are still in settlement negotiations. Plaintiffs have made a new demand for a certain settlement amount that will be considered by the

Board for the County on December 17, 2024.

DATED: December 11, 2024          WESIERSKI & ZUREK LLP

By:     /s/ Christopher P. Wesierski
CHRISTOPHER P. WESIERSKI
Attorneys for Defendant, COUNTY OF SAN BERNARDINO and SAMUEL FULLER

DATED: December 11, 2024          LAW OFFICES OF DALE K. GALIPO

By:     */s/Eric Valenzuela*
ERIC VALENZUELA
Attorneys for Plaintiffs GALE SOSTEK and HERB SOSTEK,

4904-5294-3366.1 SBD-00021                               JOINT STATUS REPORT DEADLINES