# EXHIBIT 1

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela, Esq. (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiffs,*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO; SAMUEL FULLER; and DOES 2-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-2236 MRA <br><br> [*Hon. Monica Ramirez Almadani*] <br><br> **PLAINTIFFS' RULE 26 INITIAL EXPERT DISCLOSURE** |

-1-

Case No. 5:23-cv-2236 MRA

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-02236-SPG-MRW<br><br>**PLAINTIFFS' INITIAL DISCLOSURES** |

Plaintiffs state that based on the information currently known to them, at least the following persons (exclusive of expert witnesses, attorneys, and their support staff) have knowledge of facts that Plaintiffs may use to support their material allegations. The subjects of information specified are those of which Plaintiffs are currently aware or Plaintiffs reasonably believe are in within the knowledge of the identified individuals.

|    | Name | Subject Matter(s) |
|----|------|-------------------|
| 1. | Gale Sostek; c/o Plaintiffs' counsel | Plaintiffs' injuries and damages. |
| 2. | Herb Sostek; c/o Plaintiffs' counsel | Plaintiffs' injuries and damages. |
| 3. | The Involved County of San Bernardino Deputies (names currently unknown); c/o defense counsel | Use of excessive force against Decedent. |
| 4. | The Involved San Bernardino County Fire Department members (names currently unknown) | Decedent's injuries, medical treatment and medical expenses. |
| 5. | Medical Examiner (name currently unknown); San Bernardino County Coroner's Office | Decedent's injuries. |

Plaintiffs incorporates by reference all witnesses identified in Defendants' Initial Disclosures.

Plaintiffs' investigation of this matter is not yet complete, and Plaintiff has not concluded his discovery in this matter. Plaintiff reserves the right to identify additional individuals with such knowledge as such persons become known to Plaintiff or the information they possess becomes relevant to the claims or defenses of any party, pursuant to Rule 26(e).

**B.   Documents**

Plaintiff has within his possession, custody, and control the following categories of documents that Plaintiffs may use to support their material claims and defenses:

1. Death Certificate;
2. Autopsy Report;

3. Photos of Decedent;

4. Photos of Plaintiffs;

5. Funeral and Burial Expenses.

Plaintiffs incorporate by reference all documents identified in Defendants' Initial Disclosures.

Plaintiffs' investigation of this matter is not yet complete, and Plaintiffs have not concluded their discovery in this matter. Plaintiffs reserve the right to identify additional categories of documents as they become known to Plaintiffs or they become relevant to the claims or defenses of any party, pursuant to Rule 26(e).

### C. **Computation of Damages**

Plaintiffs seek wrongful death damages and survival damages under federal law and state law.

Plaintiffs seek economic damages, including loss of financial support, past medical expenses and funeral and burial expenses.

Plaintiffs seek punitive damages in an amount to be proven at trial from each of the individual defendants.

Plaintiffs seek attorneys' fees pursuant to 42 U.S.C. § 1988.

Plaintiffs also seeks interest and other costs associated with the litigation.

Plaintiffs' investigation of this matter is not yet complete, and Plaintiffs have not concluded their discovery in this matter. Plaintiffs reserve the right to supplement or amend their computation of damages, pursuant to Rule 26(e).

Counsel for Plaintiffs certifies that, to the best of their knowledge, information and belief, formed after an inquiry that is reasonable under the circumstances, this disclosure is complete and correct as of the date indicated below.

However, counsel reserves the right to supplement or amend this disclosure as additional information becomes available, through discovery or otherwise.

DATED: 1/3/24

LAW OFFICES OF DALE K. GALIPO

By _____
Eric Valenzuela
Attorneys for Plaintiffs

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367.

On January 3, 2024, I served the foregoing document described as: PLAINTIFF'S INITIAL DISCLOSURES on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as indicated on the attached service list.

### METHOD OF SERVICE

☒ (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the addresses as indicated on the attached service list.

☐ I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☒ I placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this office for the collection, processing and mailing of documents. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

☐ (BY FEDERAL EXPRESS) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses as indicated on the attached service list. I placed the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 3, 2024, at Woodland Hills, California.

*K. Slyapich*
Karen Slyapich

**SERVICE LIST**

Christopher P. Wesierski
Michelle R. Prescott
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
cwesierski@wzllp.com
mprescott@wzllp.com

Attorneys for Defendant, COUNTY OF SAN BERNARDINO