# EXHIBIT 5

## Michelle R. Prescott

| | |
|---|---|
| **From:** | Michelle R. Prescott |
| **Sent:** | Friday, November 29, 2024 11:36 AM |
| **To:** | evalenzuela@galipolaw.com; dalekgalipo@yahoo.com |
| **Cc:** | Christopher Wesierski; Sierra Frazier; Kaitlyn Zendejas |
| **Subject:** | RE: Sostek v. County et al. SBD-00021 - NOD - Plaintiff experts |
| **Attachments:** | NOD BENNET OMALU, M.D. - 12-6 4929-1402-4450 v.1, 1.pdf; NOD Scott DeFoe - 12-6 4935-8891-4434 v.1, 1.pdf |

Hi again, Eric

If these dates don't work let me know. I'm working off the current discovery cut-off so we do not have too much time. We are willing to stipulate to push out the discovery cut-off to accommodate the expert discovery after the board meeting.


Michelle R. Prescott, Esq.
Senior Partner
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email mprescott@wzllp.com



Follow us on:

Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.


**From:** Michelle R. Prescott
**Sent:** Friday, November 29, 2024 11:20 AM
**To:** evalenzuela@galipolaw.com; dalekgalipo@yahoo.com
**Cc:** Christopher Wesierski <CWesierski@WZLLP.COM>; Sierra Frazier <SFrazier@wzllp.com>; Kaitlyn Zendejas <kzendejas@wzllp.com>
**Subject:** Sostek v. County et al. SBD-00021 - Rebuttal Expert Disclosures

Good morning, Eric,
Attached please find Defendants' rebuttal disclosure. The rebuttal attachment is attached separately to this email. I am working remotely and do not have access to the program to combine these documents.

I believe we discussed pushing off expert discovery until after the current board meeting, but we have not actually filed the stipulation. If you still want to extend the expert discovery until after the current board meeting let me know. As I recall, you were also going to see about getting a lower demand as the last best and final.

1

Michelle R. Prescott, Esq.
Senior Partner
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email mprescott@wzllp.com



Follow us on:
Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you believe that you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.

2