# EXHIBIT 3

## Sierra Frazier

| | |
|---|---|
| **From:** | evalenzuela@galipolaw.com |
| **Sent:** | Wednesday, October 30, 2024 8:38 AM |
| **To:** | Sierra Frazier |
| **Subject:** | RE: Sostek v. County of San Bernardino |

**\*\*CAUTION: This email originated from outside of the organization.\*\***

Good Morning,
Yes lets continue all expert depos until after the ~~board has made a decision on our settlement demand~~. I agree in the meantime lets lock in some dates for the expert depos in that additional two week period.

**From:** Sierra Frazier <SFrazier@WZLLP.COM>
**Sent:** Tuesday, October 29, 2024 4:20 PM
**To:** evalenzuela@galipolaw.com
**Subject:** Sostek v. County of San Bernardino
**Importance:** High

Good morning,

I see we have just got our signed order for the recent stip.

Are we intending to push the depositions of your experts, currently set for 10/31/24? I did not see an objection but emails regarding pushing all. Michelle is fine with it but we also want to make sure we have expert depositions set before the cut-off as well as court reporters etc.

On the same note, do you intend to hold Ed Flosi to his current deposition date, November 1, 2024?

Thank you,

Sierra Frazier
Legal Assistant to Michelle R. Prescott, Esq. and Adam M. O'Shea, Esq.
**Wesierski & Zurek LLP**
29 Orchard Road, Lake Forest, CA 92630
Tel. No. (949) 975-1000
Fax. No. (949) 756-0517
Email sfrazier@wzllp.com



WESIERSKI & ZUREK LLP
Experience Excellence

Follow us on:

Confidential Communication: Emails from this firm normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. This communication and all attachments are confidential, in anticipation of litigation or in furtherance of litigation. The attorney client privilege, work product doctrine and privacy rights of the sender, recipients and third parties are specifically asserted as to this communication and all attachments, in addition to all other protections afforded by law, including without limitation, HIPAA, physician/patient privilege, trade secret, tax privacy, copyright and trademark laws. If you received this email in error, please do not read this email or any attached items. Please delete the email and all attachments, including any copies thereof, and inform the sender that you have deleted the email, all attachments and any copies thereof. Thank you.