# EXHIBIT 4

Christopher P. Wesierski [Bar No. 086736]
cwesierski@wzllp.com
Michelle R. Prescott [Bar No. 262638]
mprescott@wzllp.com
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendant, COUNTY OF SAN BERNARDINO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:23-cv-02236-MRA (MRWx)<br><br>**NOTICE OF TAKING DEPOSITION OF EXPERT WITNESS SCOTT DEFOE AND PRODUCTION OF DOCUMENTS**<br><br>Date: December 6, 2024<br>Time: 10:00 a.m.<br><br>Trial Date:       January 28, 2025 |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the *Federal Rules of Civil Procedure, Rule 26(b)*, Defendant will take the oral deposition of **SCOTT A. DEFOE** by remote video, with the deponent and all other parties, as well as the reporter, appearing remotely by video conference via computers to be located in any private, quiet, and well-lit place of their choosing, and before a person duly authorized to administer an oath who shall not be physically present with the deponent as follows:

    DATE:     December 6, 2024

    TIME:     10:00 a.m.

    PLACE:   Remote Video

If for any reason the taking of the deposition is not completed on the scheduled date, it shall

be continued from day to day, excluding Sundays and holidays until completed.

PLEASE TAKE NOTICE that pursuant to *Federal Rules of Civil Procedure 30(b)(2)* the noticing party(ies) hereby also reserves the right to record the deposition testimony by audio and video technology and/or stenographic method through the use of "realtime" transcription.

NOTICE IS HEREBY GIVEN that deponent's deposition transcript may be the official record and may be used in lieu of testimony at the time of trial of the above-entitled action.

PLEASE TAKE NOTICE THAT each participating attorney may be visible to all other participants, and their statements will be audible to all participants and will be subject to recording.

PLEASE TAKE NOTICE THAT all exhibits will be provided simultaneously and electronically to the witness and all participants.

PLEASE TAKE FURTHER NOTICE that if an interpreter is required, notice must be given <u>by deponent's counsel</u> at least forty-eight hours in advance. No interpreter will otherwise be provided.

PLEASE TAKE FURTHER NOTICE that the deponent is, pursuant to *Fed. R. Civ. P.* 45 requested to bring to the deposition the following items and documents:

A written resume or curriculum vitae of the witness.

1. The entirety of all file materials ever assembled or maintained by the witness with respect to his evaluation of plaintiff's claims, or referring to his testimony in this case.

2. All records, reports and bills reviewed by the witness in connection with the plaintiff.

3. All other writings and documents either referred to or relied upon by the witness in the formulation of any of his opinion in this case.

4. All texts, articles, and other documentary material relied upon by the witness in the formulation of his opinions in this case.

5. All bills, statements and other documents prepared or obtained by the witness

4935-8891-4434.1 SBD-00021        NOTICE OF TAKING DEPOSITION OF EXPERT WITNESS SCOTT DEFOE AND PRODUCTION OF DOCUMENTS

which reflect any and all charges rendered or to be rendered by him in connection with any of his work or testimony on this case.

      6.    All writings and documents of any type which reflect the dates, times and amount of time spent by the witness in connection with any and all work done by him on this case.

DATED: December 6, 2024      WESIERSKI & ZUREK LLP

By:    /s/Michelle R. Prescott
MICHELLE R. PRESCOTT
Attorneys for Defendants, COUNTY OF SAN BERNARDINO and SAMUEL FULLER