# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK; and HERB SOSTEK,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. LA CV 00-00000-MRA( --x)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 1 TO PRECLUDE PLAINTIFFS' EXPERT SCOTT DEFOE. FROM TESTIFYING AT TRIAL.** |

On December 11, 2024, Defendants filed for an order *in limine* to exclude the expert testimony of Plaintiffs GALE SOSTEK and HERB SOSTEK'S ("Plaintiffs") designated expert Scott Defoe from testifying at trial.

The Court, having considered Defendants' Motion *in limine* to exclude expert testimony of designated expert Scott Defoe and finding good cause therefor, hereby **GRANTS** the Defendants Motion and ORDERS as follows:

1. The testimony of Plaintiffs Expert Witness Scott Defoe and any report generated by him is hereby excluded from use at trial.

1     **IT IS SO ORDERED.**

3     Dated: _____

4                                          HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE