LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, State Bar No. 144074
Eric Valenzuela, State Bar No. 284500
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
(818) 347-3333 - Telephone
(818) 347-4118 - Facsimile
E-Mail: dalekgalipo@yahoo.com
evalenzuela@galipolaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO, et al., <br><br> Defendants. | 5:23-cv-2236 MRA (MRWx) <br><br> [*Honorable Mónica Ramírez Almadani*] <br><br> **PLAINTIFFS' AMENDED WITNESS LIST** <br><br> **Pre-Trial Conference:** <br> Date:   January 8, 2025 <br> Time:   3:00 p.m. <br><br> **Trial:** <br> Date:   January 28, 2025 <br> Time:   8:30 a.m. |

  Plaintiffs respectfully submit the following list of witnesses who may be called at trial:

- 1 –

WITNESS LIST

| Witness's Name* | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| 1. Samuel Fuller | Defendant | 1.5-2.0 | | |
| 2. Sgt. John Everman San Bernardino County Sheriff's Department | Percipient Witness to the use of deadly force | 1.0 | | |
| 3. Gale Sostek | Plaintiff | 30 mins | | |
| 4. Herb Sostek | Plaintiff | 30 mins | | |
| 5. Scott DeFoe | Plaintiffs' retained expert in police practices | 1.5-2.0 | | |
| 6. Dr. Bennett Omalu | Plaintiffs' retained expert in forensic pathology | 1.0 | | |
| 7. Brittania Huether Firefighter from Big Bear Fire Dept. | Decedent's injuries and medical treatment. Also wrote EMS run sheet | 15 mins | | |
| 8. Jonathon Bidwell* Firefighter from Big Bear Fire Dept. | Decedent's injuries and medical treatment. Also wrote EMS run sheet | 15 mins | | |
| 9. Dr. Chanikarn Lopez Forensic pathologist from the San Bernardino County's Sheriff's Office, Coroner's Division | Performed autopsy and Decedent's injuries | 45 mins | | |
| 10. Andrea Guerrero* San Bernardino County Sheriff's Dept. Crime Lab | Criminalist who took photos at scene | 20 mins | | |

WITNESS LIST

| Witness's Name* | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| 11. Travis Gagne* San Bernardino County Sheriff's Dept. Crime Lab | Wrote crime scene report documenting footprints and blood evidence | 20 mins | | |

*Indicates that witness will be called only if the need arises.

Plaintiffs reserve the right to amend and supplement their witness lists.

DATED: December 12, 2024         LAW OFFICES OF DALE K. GALIPO

                                  By         /s/ Eric Valenzuela
                                     Dale K. Galipo
                                     Eric Valenzuela
                                     Attorneys for Plaintiffs