LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK, et al.,<br>    Plaintiffs,<br>vs.<br>COUNTY OF SAN BERNARDINO, et al.,<br>    Defendants. | Case No. 5:23-cv-2236 MRA (MRWx)<br><br>**NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of this entire case for a specified amount.

Plaintiffs will file a stipulation of dismissal pursuant to FRCP 41(a)(1)(A)(ii) upon receipt of the settlement funds.

The parties request that this Court retain jurisdiction over this matter to enforce the terms of the settlement.

The parties request that the Court vacate all hearing dates as well as the Final Pretrial Conference and Jury Trial dates.

| | | |
|---|---|---|
| 1 | DATED: December 17, 2024 | LAW OFFICES OF DALE K. GALIPO |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Eric Valenzuela |
| 5 | | Dale K Galipo, Esq.<br>Eric Valenzuela, Esq. |
| 6 | | Attorneys for Plaintiffs |
| 7 | DATED: December 17, 2024 | WESIERSKI & ZUREK LLP |
| 8 | | |
| 9 | | |
| 10 | | By:    /s/Christopher P. Wesierski |
| 11 | | CHRISTOPHER P. WESIERSKI<br>Attorneys for Defendants COUNTY OF |
| 12 | | SAN BERNARDINO and SAMUEL FULLER |