LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO, et al., <br><br> Defendants. | Case No. 5:23-cv-2236 MRA (MRWx) <br><br> **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

     **IT IS HEREBY STIPULATED** by and between the parties, by and through their respective attorneys of record, and pursuant to Federal Rules of Civil Procedure 41 (a)(2), that this Court enter a Dismissal of the entire action, case number 5:23-cv-2236 MRA (MRWx) with prejudice. All parties shall bear their own costs and attorneys' fees.

     **IT IS SO STIPULATED.**

DATED: February 4, 2025     LAW OFFICES OF DALE K. GALIPO

By /s/ Eric Valenzuela
Dale Galipo
Eric Valenzuela
Attorneys for Plaintiffs

DATED: February 4, 2025     WESIERSKI & ZUREK LLP

By /s/ Christopher Wesierski
Christopher Wesierski
Attorneys for Defendants

-2-