# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALE SOSTEK, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO, et al., <br><br> Defendants. | Case No. 5:23-cv-2236 MRA (MRWx) <br><br> **[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## ORDER REGARDING STIPULATED DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED,** that the Complaint of Plaintiffs in USDC case no. 5:23-cv-2236 MRA (MRWx) is hereby dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: February___, 2025

_____
Hon. Mónica Ramírez Almadani
United States District Judge